IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| DERRICK COBBS, #1124203 | § |
| | § |
| v. | §   CIVIL ACTION NO. G-03-957 |
| | § |
| DOUG DRETKE, DIRECTOR | § |
| TDCJ-CID | § |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on March 13, 2006. Petitioner has not filed Objections, even though he was given ample opportunity to do so. Instead, the Report and Recommendation was returned to the Clerk's office with a notice that Petitioner has been released from jail. Petitioner has not informed the Court of a new address, as he was required to do.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Derrick Cobbs (Instrument No. 1) is **DISMISSED** in its entirety.

**DONE** at Galveston, Texas this 4th day of April, 2006.

Samuel B. Kent
United States District Judge